IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joseph Bernard Brunson, ) | |
| ) | C/A No. 3:07-2977-MBS-JRM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Reginald I. Lloyd, U.S. Attorney, District ) | |
| of South Carolina; Larry Propes, Clerk of ) | **O R D E R** |
| Court or the U.S. District Court, District ) | |
| of South Carolina; First Citizens Bank; ) | |
| and Henry McMaster, Attorney General ) | |
| for the State of South Carolina, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff Joseph Bernard Brunson, proceeding pro se, filed a complaint on August 30, 2007, alleging that his constitutional rights have been violated. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pretrial handling. The Magistrate Judge reviewed the complaint under established local procedures. On November 21, 2007, the Magistrate Judge issued a Report and Recommendation in which he recommended that Defendants Reginald I. Lloyd, Henry McMaster, and First Citizens Bank should be dismissed because Plaintiff failed to state claim against them. Plaintiff filed no objections to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is

made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the record. The court adopts the Report and Recommendation and incorporates it herein by reference. Accordingly, Defendants Reginald I. Lloyd, Henry McMaster, and First Citizens Bank are dismissed without prejudice. The case is remitted to the Magistrate Judge for further pretrial handling.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

January 7, 2008

2